WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| HOLY TRINITY GREEK ORTHODOX CHURCH, a non-profit organization, | NO. CIV-04-1700-PHX-SMM |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| CHURCH MUTUAL INSURANCE COMPANY, a foreign corporation, | |
| Defendant. | |

On July 7, 2006, this Court denied with leave to re-file upon the entry of final judgment Defendant/Counter-Claimant Church Mutual Insurance Company's ("Church Mutual") Motion for Attorneys' Fees. (Dkt. 76.) Defendant's Motion (Dkt. 58) was accompanied by two requests to seal Defendant's Summary of Fees and Detailed Itemization for Attorneys' Fees Incurred, which is attached as Exhibit A to the Affidavit of Thomas H. Crouch that was submitted in support of Defendant's Memorandum for Attorneys' Fees. (Dkts. 62,64.) Given that Defendant's Motion for Attorneys' Fees was denied without prejudice as premature,

**IT IS HEREBY ORDERED DENYING AS MOOT** Defendant's Motions for Leave to File Summary of Fees Under Seal. (Dkts. 62,64.)

///

1     **IT IS FURTHER ORDERED** that the Clerk of Court shall return by mail to counsel
2 for Defendant <u>only</u> Defendant's Summary of Fees and Detailed Itemization for Attorneys'
3 Fees Incurred, which is attached as Exhibit A to the Affidavit of Thomas H. Crouch that was
4 submitted in support of Defendant's Memorandum for Attorneys' Fees.

5     DATED this 16th day of July, 2006.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge