WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HOLY TRINITY GREEK ORTHODOX CHURCH, a non-profit organization,<br><br>                Plaintiff,<br><br>v.<br><br>CHURCH MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>                Defendant. | NO. CIV-04-1700-PHX-SMM<br><br>**ORDER** |

Defendant/Counterclaimant Church Mutual Insurance Company has filed a request for the Court to hold a second Rule 16 Scheduling Conference in this matter. (Dkt. 91.)  Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Defendant's request for a Rule 16 Scheduling Conference. (Dkt. 91.)

**IT IS FURTHER ORDERED** that the Court Deputy shall issue an Order scheduling a Rule 16 Conference.

DATED this 11th day of September, 2006.

Stephen M. McNamee
United States District Judge