**WO**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HOLY TRINITY GREEK ORTHODOX CHURCH, a non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>CHURCH MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>Defendant. | No. CV-04-1700-PHX-SMM<br><br>**ORDER** |

Pending before the Court is a Stipulated Motion to Continue Response Date (dkt. 92). Good cause having been shown,

**IT IS HEREBY ORDERED GRANTING** the Motion to Continue Response Date. (Dkt. 92.)

**IT IS FURTHER ORDERED** that Plaintiff shall have until Monday, September 25, 2006 to file its response to, or Rule 56(f) affidavits regarding, Defendant's Motion for Partial Summary Judgment Regarding Punitive Damages.

DATED this 12th day of September, 2006.

Stephen M. McNamee
United States District Judge