**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Holy Trinity Greek Orthodox Church, | ) | CIV04-1700-PHX-SMM |
| Plaintiff/Counterdefendant, | ) | **ORDER** |
| vs. | ) | |
| Church Mutual Insurance Company, a foreign corporation, | ) | |
| Defendant/Counterclaimant | ) | |

Pending before the Court is Defendant/Counterclaimant Church Mutual Insurance Company's ("Church Mutual") Motion for Representative to Appear by Telephone. (Dkt. 101.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** Church Mutual's Motion for Representative to Appear by Telephone. (Dkt. 101.)

**IT IS FURTHER ORDERED** that John Cleary, Vice President, Secretary, and General Counsel, may appear telephonically at the Preliminary Pretrial Conference set for November 2, 2006, at 3:00 p.m. Mr. Clearly shall call the Court on a clear telephone line at 2:55 p.m. at 602-322-7555.

DATED this 30th day of October, 2006.

Stephen M. McNamee
United States District Judge