**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HOLY TRINITY GREEK ORTHODOX CHURCH, a non-profit organization,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHURCH MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>        Defendant. | No. CIV 04-1700-PHX-SMM<br><br>**ORDER** |

Pursuant to the Stipulated Motion for an Extension of Time to File a Response filed by the Plaintiff (Doc. 126), and for good cause shown,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for an Extension of Time to File a Response (Doc. 126).

**IT IS FURTHER ORDERED** that Plaintiff's Response to Defendant's Motion for Partial Summary Judgment Regarding Bad Faith shall be filed no later than Monday, April 16, 2007.

DATED this 2nd day of April, 2007.

_____
Stephen M. McNamee
United States District Judge