**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HOLY TRINITY GREEK ORTHODOX CHURCH, a non-profit organization,<br><br>            Plaintiff,<br><br>    vs.<br><br>CHURCH MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>            Defendant. | No. CIV 04-1700-PHX-SMM<br><br>**ORDER** |

Pursuant to the Stipulated Motion for an Extension of Time for Plaintiff to File a Response to Defendant's Motion to Strike Holy Trinity's Allegations and Evidence Regarding Damages filed by Plaintiff (Doc. 137), and for good cause shown,

**IT IS HEREBY ORDERED GRANTING** the motion. Plaintiff's Response to Defendant's Motion to Strike Holy Trinity's Allegations and Evidence Regarding Damages filed by Plaintiff (Doc. 137) shall be filed no later than June 8, 2007.

DATED this 25th day of May, 2007.

_____
Stephen M. McNamee
United States District Judge