**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HOLY TRINITY GREEK ORTHODOX CHURCH, a non-profit organization,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHURCH MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>        Defendant. | No. CIV 04-1700-PHX-SMM<br><br>**ORDER** |

The parties in this matter have requested a second mediation before Magistrate Judge Edward C. Voss.

Accordingly,

**IT IS ORDERED** that this case is referred to Magistrate Judge Edward C. Voss for a second mediation.

**IT IS FURTHER ORDERED** that the parties shall file a status report within ten (10) days of participating in the mediation.

DATED this 29th day of May, 2007.

Stephen M. McNamee
United States District Judge