**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HOLY TRINITY GREEK ORTHODOX CHURCH, a non-profit organization,<br><br>    Plaintiff,<br><br>vs.<br><br>CHURCH MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>    Defendant. | No. CV 04-1700-PHX-SMM<br><br>**ORDER** |

Currently pending before the Court is the Notice of Settlement filed to advise the Court that an oral settlement was entered in front of Magistrate Judge Voss on Friday, August 17, 2007. Pursuant to said settlement, the parties have thirty (30) days within which to file a stipulation of dismissal with this Court.

Accordingly,

**IT IS HEREBY ORDERED** that the parties have until **September 17, 2007** to file a stipulation for dismissal of this action signed by all parties.

**IT IS FURTHER ORDERED** that in the event that no such stipulation is filed, the parties shall attend a status conference scheduled for **October 11, 2007, at 4:00 p.m.** If the stipulation is received by **September 17, 2007**, the status conference will be automatically vacated.

DATED this 23rd day of August, 2007.

Stephen M. McNamee
United States District Judge