**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| HOLY TRINITY GREEK ORTHODOX CHURCH, a non-profit organization,<br><br>            Plaintiff,<br><br>    vs.<br><br>CHURCH MUTUAL INSURANCE COMPANY, a foreign corporation,<br><br>            Defendant. | No. CIV 04-1700-PHX-SMM<br><br>**ORDER** |

Based on the foregoing Stipulation of the parties (Doc. 159), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing all claims and counterclaims, with prejudice, and with each of the parties to bear their own attorney fees and costs in connection with this case.

**IT IS FURTHER ORDERED** that any pending motions and hearings in this matter are hereby **VACATED**.

DATED this 17th day of September, 2007.

Stephen M. McNamee
United States District Judge